IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LANG,

      Plaintiff,                     No. CIV S-04-0481 GEB DAD P

    vs.

TOM L. CAREY, Warden,

      Defendant.                <u>ORDER</u>

_____/

       On December 2, 2005, plaintiff filed a copy of an inmate appeal submitted to prison officials on November 30, 2005. This civil rights action was closed on June 8, 2005. Plaintiff is advised that documents improperly filed in a closed case will not be considered by the court. Accordingly, plaintiff's filing will be disregarded. No orders will issue in response to future documents improperly filed in this closed case.

       IT IS SO ORDERED.

DATED: December 15, 2005.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13
lang0481.58